UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 05-2497

———————

UNITED STATES OF AMERICA

v.

ROBERT J. STEVENS,

Appellant

———————

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civil No. 04-cr-00051)
District Judge: Hon. Alan N. Bloch

———————

Argued October 25, 2006
Argued En Banc November 13, 2007

BEFORE: SCIRICA, *Chief Judge*, SLOVITER, McKEE, RENDELL, BARRY,
AMBRO, FUENTES, SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN and
COWEN, *Circuit Judges*

———————

JUDGMENT

———————

This cause came on to be heard on the record from the United States District Court

for the Western District of Pennsylvania and was argued before the entire court on November

13, 2007.  On consideration whereof, it is now here ordered and adjudged that the judgment

of conviction of the District Court entered on April 25, 2005 is vacated.  All of the above in

accordance with the opinion of this Court.

ATTEST:

Marcia M. Waldron
Clerk


DATED: July 18, 2008