UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1805
PITTSBURGH, PA 15230
WWW.PAWD.USCOURTS.GOV

COPY

ROBERT V. BARTH, JR.
CLERK OF COURT
412-208-7500

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

DATE: August 7, 2009

William K. Suter, Clerk
Supreme Court of the United States
Washington, D.C. 20543

RE: United States vs Robert J. Stevens
CR 04-51

Dear Mr. Suter:

Enclosed please find the original District Court record, and one certified copy of the docket entries which are being sent at the direction of the United States Court of Appeals for the Third Circuit.

Please acknowledge receipt for the same on the enclosed duplicate copy of this record and return to this office.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By: s/ Edward Taylor
Edward Taylor
Deputy Clerk1

FILED
'09 AUG 19 A10:47
CLERK
U.S. DISTRICT COURT

RECEIPT ACKNOWLEDGED BY: _Elean L. Baptiste_

DATE: _____

RECEIVED
AUG 12 2009
OFFICE OF THE CLERK
SUPREME COURT, U.S.